IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:24-cr-00066-MOC-SCR |
| | ) | |
| v. | ) | **FACTUAL BASIS** |
| | ) | |
| JUSTIN TREY YEATS | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about December 23, 2020, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant, Justin Trey Yeats, attempted to, and did, employ, use, persuade, induce, and entice a minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) & (e).

2. More specifically, on or about December 23, 2020, Yeats produced seven photographs involving Minor Victim 1. Four of the seven pictures depict Minor Victim 1 next to or near Yeats' exposed penis. In two of the pictures, Minor Victim 1 is touching Yeats' exposed penis. In one of these four pictures, Yeats positioned his exposed penis right next to Minor Victim 1's right temple. These four pictures were taken between 9:08:27 PM and 10:34:14 PM. Between 10:39:19 PM and 10:41:33 PM, Yeats produced an additional three pictures, which depicted close

ups of Minor Victim 1's exposed vagina. In two of these three closeups of Minor Victim 1's vagina, Yeats' hand is depicted touching Minor Victim 1's vagina and spreading it open.

3. The metadata associated with the seven photographs further showed that the photos were produced using a Samsung device. Samsung Electronics America, Inc., has never manufactured mobile devices in North Carolina.

DENA J. KING
UNITED STATES ATTORNEY

DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

Elizabeth Blackwood, Attorney for Defendant

DATED: 10/22/2024

Kelly Sullivan, Attorney for Defendant

DATED: 10/22/24

2